# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| IN RE: | § | CASE NO. 14-11769-HCM |
|---|---|---|
| ROMAN ADAM GUZMAN | § | |
| | § | |
| | § | |
| Debtor | § | CHAPTER 13 |

## TRUSTEE'S RECOMMENDATION CONCERNING CLAIMS

**This pleading requests relief that may be adverse to your interests.**

**No hearing will be conducted on this recommendation concerning claims (or its treatment of any claim) unless a written response is filed within twenty-one (21) days from the date of service.**

**A timely response is necessary for a hearing to be held. If no response is timely filed, the treatment of claims reflected in the recommendation shall be deemed approved by the court without further hearing or order.**

**By order of the Court, the Trustee's Recommendation Concerning Claims shall set a bar date for objection to claims, for contesting the validity or priority of liens, and for challenging the priority of claims. The bar date shall be the twenty-first (21st) day after the service of the Recommendation of Claims. Any objection, motion or adversary contesting the validity or priority of any claim reflected in this Recommendation Concerning Claims may not be filed after the expiration of the bar date except upon leave of the Court after motion requesting such leave and upon notice of hearing to the Chapter 13 Trustee, the Debtor, the Debtor's counsel, and all parties in interest.**

TO THE HONORABLE H. CHRISTOPHER MOTT, UNITED STATES BANKRUPTCY JUDGE.

Comes now Deborah B. Langehennig, Chapter 13 Trustee (hereinafter "Trustee"), and making this her recommendation concerning claims, would respectfully show the Court as follows:

## I.

The time for filing claims in this proceeding has expired. The Trustee has reviewed all of the claims filed in this proceeding. Attached is a Schedule containing the Trustee's recommendation as to various matters concerning claims, including the amount and classification of each creditor's claim(s). The dividend paid to allowed general unsecured claims to be paid through the plan is currently 100%.

**II.**

If a party in interest disagrees with any of the Trustee's recommendations, such party may file a response to the Trustee's Recommendation, or may file an objection to any disputed claim listed on the attached schedule. Responses and objections must be filed within twenty-one (21) days from the date of service hereof. Each claim for which there is no response or objection filed within twenty-one (21) days from the date of service hereof will be treated as listed in the attached schedule.

**III.**

If the Plan provides that the Trustee is to disburse the ongoing mortgage payment, the Trustee will disburse pursuant to the provisions of the Plan, the Proof of Claim and attached exhibits, and any notices filed by the creditor.

**IV.**

**NOTICE OF BAR DATE FOR OBJECTIONS TO CLAIMS**

Responses to the Trustee's recommendation or additional objections to claims must be filed within twenty-one (21) days from the date of service hereof with the United States Bankruptcy Clerk, 903 San Jacinto, Suite 322, Austin, TX 78701 and served on the appropriate parties pursuant to the Bankruptcy Rules.

Respectfully submitted,

/s/ Deborah B. Langehennig

Deborah B. Langehennig
3801 S Capital Of Texas Hwy
Suite 320
Austin, TX 78704-6640
(512) 912-0305

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF TEXAS

| IN RE: ROMAN ADAM GUZMAN | Schedule of Claims |
|---|---|
| | Case Number: 14-11769-HCM |

| Trustee Claim ID# | Creditor Name and Address | Account Number | Amount | Classification/Comments |
|---|---|---|---|---|
| 10 | CERASTES LLC<br>% WEINSTEIN AND RILEY PS<br>PO BOX 3978<br>SEATTLE, WA 98124-3978 | 2794<br>Treatment of Claim:<br>GENERAL UNSECURED CLAIM | $1,183.34 | UNSECURED<br>CLAIM FILED<br>INTEREST RATE: 0.00% |
| 6 | COMMUNITY OF AMBERWOOD HOA<br>% REAL MANAGE<br>PO BOX 803555<br>DALLAS, TX 75380 | R0143300L0064614<br>Treatment of Scheduled Claim:<br>SECURED CLAIM | $0.00 | SECURED<br>NOT FILED<br>INTEREST RATE: 0.00%<br>HOA dues |
| 9 | INTERNAL REVENUE SERVICE<br>PO BOX 7317<br>PHILADELPHIA, PA 19101-7317 | 5319<br>Treatment of Claim:<br>PRIORITY UNSECURED CLAIM | $6,453.07 | PRIORITY<br>CLAIM FILED<br>INTEREST RATE: 0.00%<br>2012 Taxes |
| 13 | INTERNAL REVENUE SERVICE<br>PO BOX 7317<br>PHILADELPHIA, PA 19101-7317 | Treatment of Claim:<br>GENERAL UNSECURED CLAIM | $1,217.00 | UNSECURED<br>CLAIM FILED<br>INTEREST RATE: 0.00%<br>Penalties |
| 5 | KIA MOTORS FINANCE<br>PO BOX 20825<br>FOUNTAIN VALLEY, CA 92728-0825 | 9833<br>Treatment of Claim:<br>PAID DIRECTLY BY DEBTOR(S) | $18,599.93 | SECURED BY VEHICLE<br>CLAIM FILED<br>INTEREST RATE: 0.00%<br>2012 Kia Optima |
| 1 | LINEBARGER GOGGAN BLAIR & SAMP<br>PO BOX 17428<br>AUSTIN, TX 78760-7428 | FM 12/9/14<br>Treatment of Claim:<br>NOTICE ONLY CREDITOR | $0.00 | NOTICE ONLY<br>INTEREST RATE: 0.00%<br>Hays CISD |
| 14 | MCCREARY VESELKA BRAGG ALLEN<br>PO BOX 1269<br>ROUND ROCK, TX 78680 | FM 1/22/15<br>Treatment of Claim:<br>NOTICE ONLY CREDITOR | $0.00 | NOTICE ONLY<br>INTEREST RATE: 0.00%<br>Hays County |
| 11 | MEDICAL BUSINESS BUREAU<br>PO BOX 1219<br>PARK RIDGE, IL 60068-7219 | 2788<br>Treatment of Scheduled Claim:<br>GENERAL UNSECURED CLAIM | $0.00 | UNSECURED<br>NOT FILED<br>INTEREST RATE: 0.00% |
| 7 | QUANTUM3 GROUP LLC<br>PO BOX 788<br>KIRKLAND, WA 98083-0788 | 3965<br>Treatment of Claim:<br>SECURED CLAIM - VALUED | $500.00 | SECURED<br>CLAIM FILED<br>INTEREST RATE: 5.25%<br>Jewelry/Pay collateral value |

| Trustee Claim ID# | Creditor Name and Address | Account Number | Amount | Classification/Comments |
|---|---|---|---|---|
| 10,007 | QUANTUM3 GROUP LLC<br>PO BOX 788<br>KIRKLAND, WA 98083-0788 | 3965<br>Treatment of Claim:<br>SECURED CLAIM - VALUED | $1,852.91 | UNSECURED<br>CLAIM FILED<br>INTEREST RATE: 0.00%<br>Split Claim Jewelry/Pay collateral value |
| 8 | SECURITY SERVICES FEDERAL CREDI<br>PO BOX 691510<br>SAN ANTONIO, TX 78269-1510 | 5319<br>Treatment of Claim:<br>SECURED CLAIM | $27,172.24 | SECURED BY VEHICLE<br>CLAIM FILED<br>INTEREST RATE: 5.25%<br>2012 Toyota Tundra/Pay full claim |
| 2 | WELLS FARGO BANK NA<br>PO BOX 9013<br>ADDISON, TX 75001 | FM 12/11/14<br>Treatment of Claim:<br>NOTICE ONLY CREDITOR | $0.00 | NOTICE ONLY<br>INTEREST RATE: 0.00% |
| 4 | WELLS FARGO BANK NA<br>MAC X2302 04C<br>ONE HOME CAMPUS<br>DES MOINES, IA 50328 | 9913<br>Treatment of Claim:<br>ARREARAGE CLAIM | $13,791.95 | MORTGAGE ARREARAGE<br>CLAIM FILED<br>INTEREST RATE: 0.00%<br>Homestead |
| 12 | WELLS FARGO BANK NA<br>% WELLS FARGO CARD SERVICES<br>PO BOX 9210<br>DES MOINES, IA 50306 | 3735<br>Treatment of Claim:<br>GENERAL UNSECURED CLAIM | $8,399.37 | UNSECURED<br>CLAIM FILED<br>INTEREST RATE: 0.00% |